FILED

SEP 12 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SHAWN HENDRIX, JR.

Criminal No. 19-275

## INFORMATION MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Robert C. Schupansky, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

### I. THE INFORMATION

A one-count Information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Conspiracy to possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance<br><br>March 2017 – April 2017 | 21 U.S.C. § 846 |

## II. **ELEMENTS OF THE OFFENSE**

A.   **As to Count 1:**

In order for the crime of conspiracy to possess with the intent to distribute and distribute a quantity of a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, to be established, the government must prove all of the following elements beyond a reasonable doubt:

1. That two or more persons agreed to possess with intent to distribute and/or distribute the controlled substance charged in the Information.

2. That the defendant was a party to or member of that agreement.

3. That the defendant joined the agreement or conspiracy knowing of its objectives to possess with intent to distribute and/or distribute a controlled substance and intending to join together with at least one other alleged conspirator to achieve that objective; that is, that the defendant and at least one other alleged conspirator shared a unity of purpose and the intent to achieve that objective.

3. That fentanyl is a Schedule II controlled substance, pursuant to 21 U.S.C. § 812(c), Schedule II(b)(6).

## III. **PENALTIES**

A.   **As to Count 1: Conspiracy to possess with the intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance (21 U.S.C. § 846):**

1. A term of imprisonment of up to 20 years.

2. A fine of up to $1,000,000.

3. A term of supervised release of at least three years.

For a second or subsequent felony drug conviction that is final, whether federal, state, or foreign:

1. A term of imprisonment of up to 30 years.

2. A fine of up to $2,000,000.

3. A term of supervised release of at least six years.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V. RESTITUTION

Not applicable in this case.

### VI. FORFEITURE

Not applicable in this case.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

ROBERT C. SCHUPANSKY
Assistant U.S. Attorney
PA ID No. 82158